IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01318-PAC-MJW

SYLVIA COLE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

**ORDER**
( Docket No 38 )

---

The Court having reviewed the Unopposed Motion to Reschedule Settlement Conference and for Agency Representative to Appear by Telephone, and being fully advised of its premises, hereby GRANTS the motion and

ORDERS that the Settlement Conference in the above-captioned case will be rescheduled for August 26, 2005 at 1:30 p.m.; and further

ORDERS that an agency representative for the United States Postal Service is to appear by telephone at that Settlement Conference.

Dated this 25th of July, 2005.

                                      _____
                                      United States Magistrate Judge