## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Magistrate Judge Patricia A. Coan

Civil Action No. 04-cv-01318-PAC-MJW

SYLVIA COLE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER OF DISMISSAL

The Court having reviewed the Stipulation for Dismissal of Case With Prejudice filed by both parties on September 9, 2005, and being fully advised of its premises and of the Court's file, hereby

**ORDERS** that the above-captioned case is dismissed with prejudice, with each party to bear its own costs and fees.

SO ORDERED this 13th day of September 2005.

                        BY THE COURT:

                        s/Patricia A. Coan
                        Patricia A. Coan
                        United States Magistrate Judge